UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

-vs-                                                                                    Case No. 6:98-cr-272-Orl-18GJK

ALTAREEK HASSAN GRICE

## ORDER

Pursuant to Local Rule 1.03(d), Middle District of Florida, this case is reassigned for limited purposes to the Hon. Gregory A. Presnell his consent, for appropriate disposition of the Report and Recommendation (Doc. No. 179) relating to revocation of probation or supervised release as to the above-named defendant.

DONE and ORDERED in Orlando, Florida, this ___11___ day of January, 2010.

G. KENDALL SHARP
Senior United States District Judge

Copies to:

United States Marshal
United States Attorney
United States Probation Office
Counsel for Defendant