# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.  Case No. 6:98-cr-272-Orl-18GJK

**ALTAREEK HASSAN GRICE**

| | | | |
|---|---|---|---|
| **JUDGE:** | Gregory A. Presnell | **COUNSEL FOR GOVT:** | Bruce S. Ambrose |
| **DEPUTY CLERK:** | Anita Justin | **COUNSEL FOR DEFT:** | Scott Harrison |
| **COURT REPORTER:** | Diane Peede | **PRETRIAL/PROBATION:** | Troy Dennis |
| **DATE/TIME:** | Feb. 1, 2010 @ 1 pm | **Cart Reporter:** | Susan Wasilewski 863-686-9898 |

## CLERK'S MINUTES ON CRIMINAL REVOCATION HEARING

- Report & Recommendation of Magistrate (Doc #179) is   APPROVED

- Petition on Probation and Supervised Release (Doc #158) is   GRANTED

- Supervised Release/Probation is revoked and sentence is as follows:

  Imprisonment:      **time served**
  Supervised Release: **restored to previous term of supervision**

- Judgment (Doc #87) remains unaltered and in effect except as amended herewith.

- Defendant advised of right to appeal by execution of the acknowledgment.

Start: 1:00 p.m.
End: 1:10 p.m.